IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES M. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1512-GMS |
| | ) |
| WARDEN THOMAS CARROLL, DEPUTY | ) |
| WARDEN BURRIS, DEPUTY WARDEN | ) |
| PIERCE, MAJOR HOLMAN, MAJOR | ) |
| CUNNINGHAM, CAPT. MCCREANOR, | ) |
| ST. LT. P. TAYLOR, LT. FORBES, | ) |
| LT. GODWIN, L.S.A. MICHAEL | ) |
| LITTLE, CPL. L. M. MERSON, | ) |
| and EDWARD JOHNSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 25, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to complete and return an authorization form (D.I. 4);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this 19th day of ____April____, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge