IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
CHARLES M. ROBINSON,            )
                                )
            Plaintiff,          )
                                )
    v.                          ) Civ. No. 04-1512-GMS
                                )
WARDEN THOMAS CARROLL, DEPUTY   )
WARDEN BURRIS, DEPUTY WARDEN    )
PIERCE, MAJOR HOLMAN, MAJOR     )
CUNNINGHAM, CAPT. MCCREANOR,    )
ST. LT. P. TAYLOR, LT. FORBES,  )
LT. GODWIN, L.S.A. MICHAEL      )
LITTLE, CPL. L. M. MERSON,      )
and EDWARD JOHNSON,             )
                                )
            Defendants.         )
```

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 25, 2005, this Court entered an order requiring the plaintiff to complete and return an authorization form within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, on April 20, 2005, this Court entered an dismissing the complaint for failure to complete and return an authorization form (D.I. 5);

WHEREAS, the plaintiff filed the authorization form on February 2, 2005, and it was inadvertently docketed in Robinson

v. Taylor, Civ. No. 04-1202-GMS (D. Del. <u>filed</u> August 27, 2004);

THEREFORE, at Wilmington this ___29th___ day of ___April___, 2005, IT IS HEREBY ORDERED that:

1. The clerk of the court shall reopen this action.

2. The clerk of the court shall correct the docket to reflect that plaintiff properly filed the authorization form within the time prescribed by the Court's Order dated January 25, 2005.

_____
United States District Judge