UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES M. ROBINSON

vs.

Civ. No: 04-1512-GMS

WARDEN THOMAS CARROLL
ET. AL

## MOTION TO AMEND COMPLAINT

COMES NOW, THE PLAINTIFF, CHARLES M. ROBINSON, PURSUANT TO FED. R. CIV. P. 15, REQUESTS LEAVE TO AMEND HIS COMPLAINT AS FOLLOWS:

1. THE PLAINTIFF WOULD LIKE TO REMOVE THE FOLLOWING DEFENDANTS FROM THIS ACTION:

(a) DEPUTY WARDEN PIERCE, MAJOR HOLMAN, MAJOR CUNNINGHAM, CAPT. McCREANOR, ST. LT. P. TAYLOR, LT. FORBES, LT. GODWIN, AND EDWARD JOHNSON.

2. THE PLAINTIFF WOULD LIKE TO ADD THE FOLLOWING TO THIS ACTION:

   (a) COMMISSIONER STANLEY TAYLOR, BUREAU CHIEF PAUL HOWARD AND PARALEGAL BRIAN D. ENGREM.

3. THE PLAINTIFF REQUESTS THAT THE FOLLOWING INJUNCTIONS BE ADDED UNDER THE RELIEF REQUESTED AREA.

   (a) ISSUE A PERMANANT INJUNCTION ORDERING DEFENDANTS OR THEIR AGENTS TO: IMMEDIATELY ISSUE; ENVELOPES, PAPER, PENS AND POSTAGE FOR LEGAL REASONS, ON A WEEKLY BASIS. (FREE ISSUE)

   (b) ISSUE A PERMANATE INJUNCTION ORDERING DEFENDANTS OR THEIR AGENTS TO: REVOKE POLICY PASSED BY DEFENDANT CARROLL, AND BURRIS ON JANUARY 1ST, 2004, REGARDING INMATE MAIL, AND MAIL SUPPLIES.

WHEREFORE, THE PLAINTIFF PRAYS THIS HONORABLE COURT WILL GRANT HIS MOTION TO AMEND HIS COMPLAINT PURSUANT TO FED.R.CIV.P. 15, AND APPLY THE REQUESTED CHANGES.

_May 2, 2005_
DATED

_C.Q.C. M.R._
CHARLES M. ROBINSON
SBI# 00342781

VC: FILE (04-1512-GMS)



I/M Charles M. Robinson
SBI# 00342781 UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. POSTAGE 0.60
SMYRNA DE MAY 2005

United States District Court
Office of the Clerk
844 N. King St. Lockbox 18
Wilmington, DE 19801

LEGAL MAIL