OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT



LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: May 18, 2005

TO: Charles Robinson

RE:   Robinson v. Carroll, et al., 04-1512 GMS

DOCUMENT TITLE:   Motion to Amend Complaint

As noted below, a document or a courtesy copy has been filed in the above noted case which *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices.  **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐   Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐   Courtesy copy not received by next business day.

☐   Redacted copy of sealed document not received within 5 business days.

☐   Pro Hac Vice fee not yet paid.

☐   The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.
    Certificate of Service not included with the document.

☐   Discovery document(s) erroneously filed:  DI# _____ will be removed from the docket.

☐   7.1.1 statement required with non-dispositive motions was not included with the document.

☐   Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐   Brief exceeds the page limitations _____.

☐   Brief does not include a paginated table of contents/citations.

☐   Diskette or CD exceeds 2.5 megabytes.  Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐   Document not in PDF format.  Provide disk/CD with document in PDF format.

☐   Document not readable in PDF reader, or ☐ appears to be missing pages.

X   Other: **NO ORIGINAL SIGNATURE**

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

(Rev. 5/05)

*Marie McDavid*
Deputy Clerk