To: Clerk Of Court
Fr: Charles W. Robinson
Re: Correction
Da: May 17, 2005

04-1512



Mr. Dalleo,

Please Be Advised That The Honorable Judge Gregory M. Sleet Re-Opened Case No: 04-1512-GMS, Last Month, Stating "The Authorization Form Was Mis-Filed In The Wrong Case (04-1262-GMS.) But I Got A Response From You On The Above Date Still Stating It As Being Closed On 12/10/04. Could You Please Correct This Problem.

Very Truly Yours

Charles W. Robinson
00342721

XC (Attachments)

*Robinson, Charles M.*

## Select A Case

**This person is a party in 10 cases.**

| Case | Title | Filed | Status (handwritten) |
|---|---|---|---|
| 1:00-cv-00345-SLR | Robinson v. Weiss, et al | filed 03/27/00 | Closed 3/10/03 |
| 1:03-cv-00147-GMS ✓ | Robinson v. Costello, et al | filed 01/29/03 | TO FED CIV PANEL |
| 1:03-cv-00736-GMS | Robinson v. Elder, et al | filed 07/21/03 | Closed 11/29/04 |
| 1:04-cv-00263-GMS | Robinson v. Carroll, et al | filed 04/22/04 | Closed 3/19/05 |
| 1:04-cv-00621-GMS | Robinson v. Carroll, et al | filed 06/28/04 | Closed 9/23/04 |
| 1:04-cv-00945-GMS ✓ | Robinson v. Carroll, et al | filed 08/16/04 | pending |
| 1:04-cv-01202-GMS ✓ | Robinson v. Taylor, et al | filed 08/27/04 | pending |
| 1:04-cv-01318-GMS | Robinson, et al v. First Correctional, et al | filed 09/30/04 | Closed 4/20/05 |
| 1:04-cv-01484-GMS | Allen, et al v. Taylor, et al | filed 11/30/04 | Closed 11/30/04 |
| 1:04-cv-01512-GMS ✱ | Robinson v. Carroll, et al | filed 12/10/04 | Closed 12/10/04 |

*Handwritten annotations:* "ARE NOT MY CASES" with arrows pointing to 1:00-cv-00345-SLR and 1:04-cv-00621-GMS.

I/M CHARLES M. ROBINSON
SBI# 00342781 UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

U.S.M.'S X-RAY

UNITED STATES DISTRICT COURT
CLERKS OFFICE (PD)
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE. 19801