To: Clerk Of Court
Fr: Charles M. Robinson
Re: Forms
Da: June 20, 2005



Could You Please Send Me The Following Forms:

1. Updated Copy Of Docket Sheets In Case No: 03-147-GMS, & Copy Of Complaint.

2. Updated Copy Of Docket Sheets In Case No: 04-945-GMS, & Copy Of Complaint.

3. Updated Copy Of Docket Sheets In Case No: 04-1202-GMS, & Copy Of Complaint.

4. Updated Copy Of Docket Sheets In Case No: 04-1512-GMS, & Copy Of Complaint.

Very Truly Yours

Charles M. Robinson
00342781

IM Charles M. Robinson
SBI# 342781   UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King St.
Lockbox 18
Wilmington, DE, 19801

U.S.M.S. X-RAY

SMYRNA DE JUN 29 '05
U.S. POSTAGE 0.37