To: Clerk of Court
Fr: Charles M. Robinson
Re: Docket Sheets
Da: August 21st, 2005

I am writing you to request Docket Sheets in my active cases. I've listed the Civil Action Numbers below so you can be Identify them easily.

1. 03-147-GMS
2. 04-945-GMS
3. 04-1262-GMS
4. 04-1512-GMS



FILED
AUG 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Very Truly Yours

*Charles M. Robinson*

Charles M. Robinson
#00342781
De. Corr. Ctr.
1181 Paddock Rd.
Smyrna, De. 19977



I/M Charles W. Robinson
SBI# 00342281  UNIT MHU 22.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District (court)
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, DE. 19801

U.S.M.S. X-RAY

LEGAL MAIL