To: CLERK OF THE COURT
FR: CHARLES M. ROBINSON
RE: 04-1512-GMS
DA: SEPT. 16TH, 2005

I AM WRITING YOUR HONORABLE COURT TO RESPECTFULLY REQUEST THAT YOU ALLOW ME TO VOLUNTARY DISMISS THE ABOVE ENTITLED ACTION (04-1512-GMS).

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RESPECTFULLY SUBMITTED

PURSUANT TO: 28 U.S.C. 1746
18 U.S.C. 1621

Charles M. Robinson
CHARLES M. ROBINSON
342981
DE. CORR. CTR.
1181 PADDOCK RD.
SMYRNA, DE. 19977

I/M Charles M. Robinson
SBI# 00342781 UNIT MHU 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, De. 19801

LEGAL Mail